# EXHIBIT A

# Battle Quest Comics

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
| --- | --- | --- | --- | --- | --- | --- |
| STL313961 | NOMADD CAVE OF BROKEN TOMBS TP | 3632 | BATTLE QUEST COMICS | 3 | BOOKS - GRAPHIC NOVELS | 121 |
| STL285953 | STEEL SIEGE TP VOL 01 VULTURE | 3632 | BATTLE QUEST COMICS | 3 | BOOKS - GRAPHIC NOVELS | 40 |
| STL364992 | TRIDENT OF AURELIA CORAZON #1 | 3632 | BATTLE QUEST COMICS | 1 | COMICS | 35 |
| STL330076 | TRIDENT OF AURELIA STORM TP (C | 3632 | BATTLE QUEST COMICS | 3 | BOOKS - GRAPHIC NOVELS | 26 |
| STL334104 | YOUNG NOMADDS #1 (OF 4) CVR A | 3632 | BATTLE QUEST COMICS | 1 | COMICS | 20 |
| STL351814 | 27 RUN CRASH #1 (OF 3) CVR A C | 3632 | BATTLE QUEST COMICS | 1 | COMICS | 9 |
| STL364994 | 27 RUN CRASH TP VOL 01 (C: 0-1 | 3632 | BATTLE QUEST COMICS | 3 | BOOKS - GRAPHIC NOVELS | 4 |